UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

JS-6

| | |
|---|---|
| NORTHLAND FAMILY PLANNING CLINIC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CENTER FOR BIO-ETHICAL REFORM, *et al.*, <br><br> Defendants. | Case No.: 8:11-cv-00731-JVS-AN <br><br><br> JUDGMENT |

For the reasons stated in the Memorandum Opinion filed contemporaneously with this entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that

Defendants' motion for summary judgment is GRANTED.  Defendants are directed to file a motion for attorneys' fees and costs within fourteen (14) days from the entry of this Order.

Dated: June 28, 2012

_____
Hon. James V. Selna
U.S. District Court Judge